F. W. MYERS COMPANY, INC. (F. H. LEGGETT & Co.) *v.* UNITED STATES

No. 8082.—

Entry Nos. A–6372; A–6495; A–6630.

First Division, Appellate Term

(Order on motion for rehearing [Reap. Dec. 8062] dated February 7, 1952)

*Marlow & Hines; John D. Rode,* associate counsel; for the appellant.

*Charles J. Wagner,* Acting Assistant Attorney General (*Daniel I. Auster,* special attorney), for the appellee.

Before OLIVER, COLE, and MOLLISON, Judges; OLIVER, C. J., concurring

### ORDER

Upon reading and filing the motion of the appellant for a rehearing in the above-entitled cases and for an order remanding the cases to the trial court for the purpose of introducing proof concerning the rules, regulations, or procedure of the Wartime Prices and Trade Board of Canada; together with the affidavit of John D. Rode, verified the 18th day of December 1951 in support thereof, and upon the pleadings and all the proceedings had herein, it is

ORDERED, that the motion be and the same hereby is in all respects granted and the cases remanded to the trial court.

### CONCURRING OPINION

OLIVER, Chief Judge: I concur in the granting of this motion, although, because of the conclusion reached by me in my dissenting opinion in this case, I am of opinion that no additional proof is necessary to support plaintiff's case.